THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE IT GROUP, INC., <u>et al.</u>, | : | Case No. 02-10118 (MFW) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE IT GROUP, ET AL., On Behalf of The Estate of The IT Group, Inc., et al., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adversary No.: 04-50745 (PBL) |
| | : | |
| PRICE TRUCKING CORPORATION, | : | |
| | : | |
| Defendant. | : | |

## ENTRY OF DEFAULT

It appears from the record that the Defendant failed to plead or otherwise defend in this case as required by law.

Name: **PRICE TRUCKING CORPORATION**,

Therefore, default is hereby entered against the defendant as authorized by Rule 7055 of the Federal Rules of Bankruptcy Procedure.

Date: October _14_, 2004

                                                           David D. Bird_____
                                                           CLERK OF THE COURT

By:    \_Violetta\_I.\_Blanco_____
            DEPUTY CLERK